**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 00-1811

_____

TANYA ENGLISH,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge. (CA-99-1244-2)

_____

Submitted:  November 30, 2000      Decided:  December 20, 2000

_____

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael D. Kmetz, Norfolk, Virginia, for Appellant. David W. Ogden, Assistant Attorney General, Helen F. Fahey, United States Attorney, Robert S. Greenspan, E. Roy Hawkens, Appellate Staff, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. Local Rule 36(c).

PER CURIAM:

Tanya English appeals the district court's order granting the United States' motion to dismiss her Federal Torts Claim Act action under Fed. R. Civ. P. 12(b)(1), (6). We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. English v. United States, No. CA-99-1244-2 (E.D. Va. May 24, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 23, 2000, the district court's records show that the order was entered on the docket sheet on May 24, 2000. Pursuant to Fed. R. Civ. P. 58 and 79(a), we consider the date the order was entered as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).